# INDEX OF EXHIBITS TO
# MOTION FOR DEFAULT JUDGMENT

1      Proposed Judgment and Order Granting Plaintiffs' Motion for Default Judgment

2      Unpublished cases

18055269